UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAGDALENA MAURICE,

                1:06-cv-02670 JBW-RLM

        Plaintiff,

- against -

                STIPULATION OF
                VOLUNTARY
                DISMISSAL
JANSSEN PHARMACEUTICA, L.P..        **WITH PREJUDICE**

        Defendants
-----------------------------------------------------------------X

        All parties agree that all claims made by Plaintiff, MAGDALENA MAURICE, are dismissed <u>with prejudice</u>, and without costs to either party as against the other.

Dated:      October 5th, 2006.

_____      _____
Kenneth T. Fibich                          Andrew Rogoff
Fibich, Hampton & Leebron, LLP      Pepper Hamilton, LLP
1401 McKinney, Suite 1800            3000 Two Logan Square
Houston, TX 77010                    Eighteenth and Arch Streets
(713) 751-0025                        Philadelphia, PA 19103-2799
(713) 751-0030 fax                 (215) 981-4000
and                                      (215) 981-4750 fax
Todd S. Hageman                  and
Simon & Passanante, LLC          John F. Kuckelman
701 Market Street, Suite 1150       Shook, Hardy & Bacon, LLP
St. Louis, MO 63101                2555 Grand Blvd.
(314) 241-2929                        Kansas City, MO 64108
(314) 241-2029 fax               (816) 474-6550
Attorneys for Plaintiff              (816) 421-5547 fax
                                        Attorney for Defendant, Eli Lilly And
                                        Company